## United States Bankruptcy Court
### District of Minnesota

In re    ANDREW MERREL DUNCAN    Case No.  
                                Debtor(s)    Chapter    7

### STATEMENT UNDER PENALTY OF PERJURY RE:
### PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☑ **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☐ Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  ☐ Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1:  /s/    Date:    **December 29, 2017**

KWIK TRIP INC  
PO BOX 2107  
1626 OAK ST  
LA CROSSE, WI 54602-2107 UNITED STATES

Number 3173281  
Check Date 12/29/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Andrew M. Duncan  
25 KINGSWOOD CT  
Lake City, MN 55041-2207  
US

**Net Pay** 563.88

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Andrew M. Duncan | 1334 | 72215 | 00844 | MGT | 12/08/2017 | 12/21/2017 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 73.28 | 1272.71 | 46468.71 |
| Total Deductions | | 708.83 | 15328.22 |
| Total Net | | 563.88 | 31060.49 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| HOURLY PROFESSIONAL PTO | | | | 1969.42 |
| OVERNIGHT PREMIUM -RETAIL 1.50 | | | | 28.06 |
| OVERTIME - HOURLY PROFESSIONAL | 5.95 | 25.0350 | 148.97 | 7033.07 |
| PRIZES AWARDS-GIFT CERTIFS * | | | | 80.00 |
| REGULAR PAY | 67.33 | 16.6900 | 1123.74 | 32617.76 |
| SHRINK BONUS AGGREGATE TAXES | | | | 300.00 |
| YEAR END CASH BONUS | | | | 4440.40 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 61.50 | 3997.66 |
| MEDICARE TAX EMPLOYEE | 16.55 | 648.83 |
| MINNESOTA INCOME TAX | 32.90 | 1708.38 |
| SOCIAL SECURITY EMPLOYEE | 70.79 | 2774.33 |
| BASIC EMPLOYEE LIFE COMPANY | 2.54 | 68.57 |
| LONG TERM DISABILITY EXMPT CO | 6.43 | 166.30 |

|  | 401k Pre Tax Deferral | 38.18 | 915.08 |
|---|---|---|---|
|  | DENTAL INSURANCE PRE-TAX | 2.74 | 52.06 |
|  | DENTAL INSURANCE COMPANY | 8.23 | 156.37 |
|  | Health Company | 360.92 | 4690.58 |
|  | Health Pre-Tax EE | 128.31 | 1669.44 |
|  | CHILD SUPPORT - FLAT AMOUNT | 354.86 | 3544.44 |
|  | ADMINISTRATIVE FEE | 3.00 | 18.00 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 71004200 | 6002470123171 | US Bank | 200.00 |
| 291970282 | 0170184824 | Lake City Federal Bank | 363.88 |

KWIK TRIP INC
PO BOX 2107
1626 OAK ST
LA CROSSE, WI 54602-2107 UNITED STATES

Number 3113277
Check Date 11/17/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Andrew M. Duncan
25 KINGSWOOD CT
Lake City, MN 55041-2207
US

Net Pay 730.47

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Andrew M. Duncan | 1334 | 72215 | 00844 | MGT | 10/27/2017 | 11/09/2017 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 91.16 | 1614.60 | 37226.23 |
| Total Deductions | | 884.13 | 10192.97 |
| Total Net | | 730.47 | 26953.26 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| HOURLY PROFESSIONAL PTO | | | | 1969.42 |
| OVERNIGHT PREMIUM -RETAIL 1.50 | | | | 28.06 |
| OVERTIME - HOURLY PROFESSIONAL | 11.16 | 25.0350 | 279.40 | 6325.13 |
| PRIZES AWARDS-GIFT CERTIFS * | | | | 80.00 |
| REGULAR PAY | 80.00 | 16.6900 | 1335.20 | 28823.62 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 106.13 | 2757.55 |
| MEDICARE TAX EMPLOYEE | 21.51 | 520.52 |
| MINNESOTA INCOME TAX | 50.65 | 1277.75 |
| SOCIAL SECURITY EMPLOYEE | 91.98 | 2225.67 |
| BASIC EMPLOYEE LIFE COMPANY | 2.54 | 60.95 |
| LONG TERM DISABILITY EXMPT CO | 6.43 | 147.01 |
| 401k Pre Tax Deferral | 48.44 | 780.02 |
| DENTAL INSURANCE PRE-TAX | 2.74 | 43.84 |

|                               |        |         |
|-------------------------------|--------|---------|
| DENTAL INSURANCE COMPANY      | 8.23   | 131.68  |
| Health Company                | 360.92 | 3607.82 |
| Health Pre-Tax EE             | 128.31 | 1284.51 |
| CHILD SUPPORT - FLAT AMOUNT   | 431.37 | 1294.11 |
| ADMINISTRATIVE FEE            | 3.00   | 9.00    |

**Auto Deposit Distributions**

| Routing   | Account       | Description            | Amount |
|-----------|---------------|------------------------|--------|
| 71004200  | 6002470123171 | US Bank                | 200.00 |
| 291970282 | 0170184824    | Lake City Federal Bank | 530.47 |