Certificate Number: 15317-MN-DE-030535988

Bankruptcy Case Number: 17-34021



15317-MN-DE-030535988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2018, at 6:03 o'clock PM PST, Andrew M Duncan completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:   February 6, 2018               By:      /s/Lea Sorino

                                       Name:    Lea Sorino

                                       Title:   Counselor